No. 391. UNITED STATES *v.* JACOBS, EXECUTRIX. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.

*Solicitor General Jackson* for petitioner. *Messrs. Hugh W. McCulloch* and *Frank H. McCulloch* for respondent.